Case 3:21-cv-00214-FM   Document 3   Filed 11/02/21   Page 1 of 1

FILED
November 02, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
            DEPUTY

## VOLUSIA SHERIFF'S OFFICE
## COUNTY OF VOLUSIA
# SHERIFF'S RETURN OF SERVICE



**ATTORNEY / DEPOSITOR:**

**BRANDON CALLIER**

6336 FRANKLIN TRAIL
EL PASO, TX 79912

**SHERIFF'S #:**
**21021914**

| COURT: | USDC WESTERN DIST OF TEXAS |
|---|---|
| PLAINTIFF: | BRANDON CALLIER |
| DEFENDANT: | SUNSHINE CONSULTATION LLC ETC |

**# ORG DOCUMENTS: 1**

| TYPE OF SERVICE | HEARING DATE | HEARING TIME | COURT CASE # |
|---|---|---|---|
| Summons & Complaint | | | EP21CV214 |

I, Michael J. Chitwood, SHERIFF, in and for said county and state do hereby certify that I have received:

### SUMMONS & COMPLAINT/

On the 15th day of October, 2021 at 3:31 PM, and that I served the same on the 19th day of October, 2021, at the hour of 12:55 PM within the County of Volusia, State of FLORIDA, as follows:

| PARTY TO BE SERVED: | LISA PALMER | TITLE: | |
|---|---|---|---|
| PARTY DESCRIPTION | | | |
| PERSON SERVED: | LANCE PALMER | TITLE: | MOH |

SUBSTITUTE SERVICE, STANDARD: By serving a true copy of this writ with the date and hour of service endorsed thereon by me together with a copy of the initial pleadings, if any, to the above named person at the party to serve's usual place of abode on any person residing therein fifteen years of age or older in accordance with the provisions of FS 48.031(1) and informing such person of their contents.

| ADDRESS SERVED: | 2753 BISHOP LANE DELTONA, FL 32725 | | |
|---|---|---|---|
| SERVICE STATUS: | Served | SERVICE BY: | Process Server Ritter, Richard 8572 |

**VOLUSIA SHERIFF'S OFFICE**
**P.O. BOX 2658**
**DAYTONA BEACH, FL. 32115**

*I am a FLORIDA SHERIFF, and I certify that the foregoing is true and correct.*

**MICHAEL J. CHITWOOD, SHERIFF**
**VOLUSIA SHERIFF'S OFFICE**
**STATE OF FLORIDA**

BY: *Rei Ritter 8572*
RITTER, RICHARD 8572, PROCESS SERVER

DATE: 10/20/2021
ENTRD BY: GBONKOV