FILED
February 08, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
           DEPUTY

## VOLUSIA SHERIFF'S OFFICE
## COUNTY OF VOLUSIA

# SHERIFF'S RETURN OF SERVICE



**ATTORNEY / DEPOSITOR:**

RANWORKS RECOVERY SERVICE INC

PO BOX 531792
SAN DIEGO, CA 92153-1792

**SHERIFF'S #:**
**22001783**

| COURT: | US DISTRICT COURT | # ORG DOCUMENTS: 2 |
| PLAINTIFF: | BRANDON CALLIER | |
| DEFENDANT: | SUNSHINE CONSULTATION SERVICES LLC ET AL | |

| TYPE OF SERVICE | HEARING DATE | HEARING TIME | COURT CASE # |
|---|---|---|---|
| Summons | | | EP-21-CV-0214-FM |

I, Michael J. Chitwood, SHERIFF, in and for said county and state do hereby certify that I have received:

### SUMMONS/ AMENDED COMPLAINT

On the 25th day of January, 2022 at 1:44 PM, and that I served the same on the 26th day of January, 2022, at the hour of 8:45 AM within the County of Volusia, State of FLORIDA, as follows:

| PARTY TO BE SERVED: | LISA PALMER | TITLE: | |
| PARTY DESCRIPTION | | | |
| PERSON SERVED: | | TITLE: | |

INDIVIDUAL SERVICE: by serving the within named person a true copy of the writ, with the date and hour of service endorsed thereon by me and at the same time delivering to the above named person a copy of the complaint, petition or initial pleading, if any.

| ADDRESS SERVED: | 2753 BISHOP LANE DELTONA, FL 32725 | | |
| SERVICE STATUS: | Served | SERVICE BY: | Process Server Ritter, Richard 8572 |



VOLUSIA SHERIFF'S OFFICE
P.O. BOX 2658
DAYTONA BEACH, FL. 32115

*I am a FLORIDA SHERIFF, and I certify that the foregoing is true and correct.*

MICHAEL J. CHITWOOD, SHERIFF
VOLUSIA SHERIFF'S OFFICE
STATE OF FLORIDA

BY: *Ritter 8572*
RITTER, RICHARD 8572, PROCESS SERVER

DATE: 1/27/2022
ENTRD BY: GBONKOV