**FILED**
February 14, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Michael Trujillo_
DEPUTY

**Attachment 10 - Motion**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## __EL PASO DIVISION__ DIVISION

PLAINTIFF

BRANDON CALLIER

v.                                                           CASE NUMBER EP-21-CV-0214-FM

DEFENDANT(S)

Sunshine Consultation Services, LLC et al

MOTION FOR  Continuance to Answer Summons

Now comes Sunshine Consultation Services LLC and Lisa Palmer,

Defendant *pro se*, and requests the Court

to:  grant additional time to review the summons and file an answer. We are currently seeking help from legal professionals but due to COVID, we are experiencing a delay. We request a 45 day continuance so that we can properly address the summons.

Date: 2/11/2022

Signature: [signed] Lisa Palmer

Address:  585 S. Ronald Reagan Blvd #133

Longwood, FL 32750

Phone:  386-473-4436

50

Rev. Ed. October 26, 2017

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
<u>     EL PASO DIVISION     </u> **DIVISION**

PLAINTIFF

BRANDON CALLIER

v.                                                                    CASE NUMBER EP-21-CV-0214-FM

DEFENDANT(S)

Sunshine Consultation Services, LLC et al

### PROPOSED ORDER FOR CONTINUANCE TO ANSWER SUMMONS

Upon consideration of Defendant's Motion of Continuance to Answer Summons, it is HEREBY ORDERED that the motion be:

_____GRANTED        _____DENIED

Dated: \_\_\_\_ day of February, 2022

Signature: _____
Honorable Judge of the United States District Court - Western District of Texas

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION    DIVISION

PLAINTIFF

BRANDON CALLIER

v.

CASE NUMBER EP-21-CV-0214-FM

DEFENDANT(S)

Sunshine Consultation Services, LLC et al

## CERTIFICATE OF SERVICE

I certify that on February 11, 2022, I Lisa Palmer of Sunshine Consultation Services LLC electronically emailed the foregoing document to Brandon Callier and sent the same copy via USPS to Brandon Callier to the address listed on the summons which is:

>Brandon Callier
>6336 Franklin Trail Drive
>El, Paso, TX 79912
>Callier74@gmail.com

Dated: February 11, 2022

>Respectfully Submitted,
>
>*Lisa Palmer* (signature)
>
>Lisa Palmer
>Sushine Consultation Services, LLC.
>585 S. Ronald Reagan Blvd #133
>Longwood, FL 32750
>shinellc@live.com

Rev. Ed. October 26, 2017

50