UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-21-CV-00214-FM |
| | § | |
| **SUNSHINE CONSULTATION** | § | |
| **SERVICES, LLC, a Florida Limited** | § | |
| **Liability Company d/b/a SPECIALIZED** | § | |
| **CONSUMER STRATEGIES and LISA** | § | |
| **PALMER,** | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the court is "Motion for Continuance to Answer Summons" ("Motion") [ECF No. 17], filed February 14, 2022 by Sunshine Consultation Services, LLC and Lisa Palmer (collectively "Defendants"). Therein, Defendants request an extension of time to respond to Brandon Callier's ("Plaintiff") first amended complaint.[1] Defendants request the response deadline be extended from February 16, 2022 to April 1, 2022 as Defendants are in the process of obtaining legal counsel.[2] A Limited Liability Corporation may not appear *pro se* or through a non-attorney in federal court.[3] Customarily, Defendant Sunshine Consultation Services, LLC must be represented by licensed counsel admitted in the Western District of Texas and cannot request an extension of time on its own behalf. Nevertheless, the court recognizes Defendant Sunshine Consultation Services, LLC is in the process of obtaining counsel. As such, the court

---

[1] "Motion for Continuance to Answer Summons" 1, ECF No. 17, filed Feb. 14, 2022.

[2] *Id.*

[3] *Donovan v. Road Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984).

1

grants Defendant Sunshine Consultation Services, LLC's request for this limited purpose. Defendant Lisa Palmer, however, is being sued in her individual capacity and may appear *pro se*. After due consideration, the court finds Defendants have demonstrated good cause to extend the requested deadline.

Accordingly, the court enters the following orders:

1. It is **HEREBY ORDERED** that "Motion for Continuance to Answer Summons" [ECF No. 17] is **GRANTED**.

2. It is **FURTHER ORDERED** that Defendants file a response, if any, to Plaintiff's first amended complaint no later than **Friday, April 1, 2022**.

3. It is **FURTHER ORDERED** that Defendant Sunshine Consultation Services, LLC **SHALL NOT** file a response, if any, to Plaintiff's first amended complaint *pro se* or through a non-attorney.

**SIGNED AND ENTERED** this **17th** day of **February 2022**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**