UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-21-CV-00214-FM |
| | § | |
| SUNSHINE CONSULTATION | § | |
| SERVICES, LLC, a Florida Limited | § | |
| Liability Company d/b/a SPECIALIZED | § | |
| CONSUMER STRATEGIES and LISA | § | |
| PALMER, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR APPROVAL TO BECOME AN ELECTRONIC FILING USER

Before the court is "Motion for Approval to Become an Electronic Filing User" ("Motion") [ECF No. 18], filed February 14, 2022 by Sunshine Consultation Services, LLC and Lisa Palmer (collectively "Defendants"). Therein, Defendants, acting *pro se*, request approval to become electronic filing users in the United States District Court for the Westerns District of Texas.[1] However, a Limited Liability Corporation may not appear *pro se* or through a non-attorney in federal court.[2] As such, Defendant Sunshine Consultation Services, LLC must be represented by licensed counsel and cannot electronically file documents on its own behalf. Defendant Lisa Palmer, however, is being sued in her individual capacity and may appear *pro se*. Therefore, it is appropriate, subject to her successful registration, to permit Defendant Lisa Palmer to become an electronic filing user.

---

[1] "Motion for Approval to Become an Electronic Filing User" 1, ECF No. 18, filed Feb. 14, 2022.

[2] *Donovan v. Road Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984).

1

Accordingly, the court enters the following orders:

1. It is **HEREBY ORDERED** that "Motion for Approval to Become an Electronic Filing User" [ECF No. 18] is **DENIED** as to Defendant Sunshine Consultation Services, LLC.

2. It is **FURTHER ORDERED** that "Motion for Approval to Become an Electronic Filing User" [ECF No. 18] is **GRANTED** as to Defendant Lisa Palmer. Defendant Lisa Palmer may file electronically on the Western District of Texas Official Court Electronic Document Filing System in this action.

3. IT IS **FURTHER ORDERED** that Defendant Lisa Palmer, if she has not already done so, is directed to review the "General Information" section on the "CM/ECF" tab on United States District Court for the Western District of Texas's website (www.txwd.uscourts.gov).

4. IT IS **FURTHER ORDERED** that Defendant Lisa Palmer shall submit her completed United States District Court for the Western District of Texas E-Filing and E-Noticing Registration Form via email to the email address provided on the form (txwd_ecf_help@txwd.uscourts.gov).

**SIGNED AND ENTERED** this **17th** day of **February 2022**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**