**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 2-18-22

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ ___
☐ Return Receipt (electronic) $ ___
☐ Certified Mail Restricted Delivery $ ___
☐ Adult Signature Required $ ___
☐ Adult Signature Restricted Delivery $ ___

Postage
$
Total Postage & Fees
$
Sent To Brandon Callier
Street and 6336 Franklin Trail
City, State, El Paso, TX 79912
3:21-cv-00214-FM Doc.19-20 (dt)

Postmark Here

7020 1810 0001 9927 8258

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions