IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. EP-21-CV-0214-FM |
| **SUNSHINE CONSULTATION** | § | |
| **SERVICES, LLC a Florida limited** | § | |
| **liability company d/b/a SPECIALIZED** | § | |
| **CONSUMER STRATEGIES, LISA J.** | § | |
| **PALMER a/k/a LISA PALMER, and** | § | |
| **LANCE L PALMER a/k/a LANCE** | § | |
| **PALMER** | § | |
| | § | |
| *Defendants*. | § | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Brandon Michael Smith, applicant herein, and move this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* in the above captioned action as attorney for all named defendants in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and partner of the law firm Smith & Smith Law Group, PLLC with an office located at: 2838 Market Loop, Suite 100 Southlake, Texas 76092. Telephone:469-351-2879.

2. Since February 2, 2011, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar number is 24075919.

3. Since June 25, 2015, Applicant has been admitted to practice in the United States District Courts in the Northern District of Texas.

4. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant is in the process of potentially bringing on, as co-counsel, an attorney who is admitted to practice before the United States District Court for the Western District of Texas. The prospective attorney is Jonathan Gitlin, State Bar No. 24064305, 1125 Executive Circle, Suite 200, Irving, Texas 75038; (254)644-8500. However, due to time constraints and the need to respond to the pending action immediately, Applicant lacks sufficient time to confirm that Mr. Gitlin will be participating in this case.

5. Applicant has previously applied to Appear *Pro Hac Vice* in the United States District Court for the Western District of Texas.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein; *see* Local Rule AT-1 (f) (2).

8. If so requested, Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas. Should the Court grant applicant's motion, Applicant will immediately tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule

Wherefore, Applicant prays that this Court enter an order permitting the admission of Brandon Michael Smith to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

By: /s/ *Brandon Smith*
      Brandon Michael Smith
      Attorney at Law

Texas Bar No: 24075919
Smith & Smith Law Group, PLLC
Southlake, Texas 76092
Telephone: (469) 351-0879

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct of copy of this motion upon each attorney of record and the original upon the Clerk of the Court on this 2nd day of April, 2022.

/s/*Brandon Smith*
Brandon Michael Smith