IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. EP-21-CV-0214-FM |
| SUNSHINE CONSULTATION SERVICES, LLC a Florida limited liability company d/b/a SPECIALIZED CONSUMER STRATEGIES, LISA J. PALMER a/k/a LISA PALMER, and LANCE L PALMER a/k/a LANCE PALMER | § § § § § § § | |
| *Defendants*. | § | |

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission *Pro Hac Vice* by Brandon Smith, counsel for Sunshine Consultation Services, LLC a Florida limited liability company d/b/a Specialized Consumer Strategies, Lisa Palmer, and Lance Palmer and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Brandon Smith may appear on behalf of Sunshine Consultation Services, LLC a Florida limited liability company d/b/a Specialized Consumer Strategies, Lisa Palmer, and Lance Palmer in the above case. IT IS FURTHER ORDERED that Brandon Michael Smith, if he has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk: U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of _____, 2022.

_____
Judge David Guaderrama