Case 3:21-cv-00214-FM   Document 35   Filed 11/21/22   Page 1 of 3

**FILED**
November 21, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Michael Trujillo___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,**<br><br>　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**SUNSHINE CONSULTATION SERVICES LLC, a Florida limited liability company** d/b/a **SPECIALIZED CONSUMER STRATEGIES, LISA J. PALMER a/k/a LISA PALMER, and LANCE L PALMER a/k/a LANCE PALMER,**<br><br>　　　　　　　　**Defendants.** | §§§§§§§§§§§§§§§§§§ EP-21-CV-0214-FM |

### PLAINTIFF'S DESIGNATION OF POTENTIAL WITNESSES

Comes now BRANDON CALLIER, and files his Potential Witness List respectfully shows the Court as follows:

### PLAINTIFF'S POTENTIAL WITNESSES:

**Brandon Callier**
**6336 Franklin Trail Drive**
**El Paso, TX 79912**
**(915) 383-4606**
*Plaintiff Pro-Se*

**Lisa Palmer**
**c/o Brandon Michael Smith**
**Smith Law Group, PLLC**
**2838 Market Loop, Suite 100**
**Southlake, TX 76092**
**(469) 351-0879**
*Defendant*

**Lance Palmer**
**c/o Brandon Michael Smith**
**Smith Law Group, PLLC**
**2838 Market Loop, Suite 100**
**Southlake, TX 76092**
**(469) 351-0879**
*Defendant*

**Shane Palmer**
**c/o Brandon Michael Smith**
**Smith Law Group, PLLC**
**2838 Market Loop, Suite 100**
**Southlake, TX 76092**
**(469) 351-0879**
*Defendant*

**Tyler Palmer**
**c/o Brandon Michael Smith**
**Smith Law Group, PLLC**
**2838 Market Loop, Suite 100**
**Southlake, TX 76092**
**(469) 351-0879**
*Defendant*

**Taylor Leissa**
**c/o Brandon Michael Smith**
**Smith Law Group, PLLC**
**2838 Market Loop, Suite 100**
**Southlake, TX 76092**
**(469) 351-0879**
*Employee for Defendant Sunshine Consultation Services*

Dated November 18, 2022,

                                        Respectfully Submitted,

                                        *Brandon Callier*

                                        Brandon Callier
                                        Plaintiff, Pro Se

6336 Franklin Trail<br>
El Paso, TX 79912<br>
915-383-4604<br>
Callier74@gmail.com

# Certificate of Service

    I, Brandon Callier, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted electronically, in a text searchable and editable format to Defendant at:

bsmith@smithdallaslaw.com

Additionally, a true and accurate copy was served on Defendant via USPS, first class, postage prepaid mail, at

Brandon Michael Smith
Smith & Smith Law Group, PLLC
2838 Market Loop, Suite 100
Southlake, TX 76092

*Brandon Callier*

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail
El Paso, TX 79912
915-383-4604
Callier74@gmail.com