Case 3:21-cv-00214-FM   Document 36   Filed 11/21/22   Page 1 of 2

**FILED**
November 21, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Michael Trujillo___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,**<br><br>Plaintiff,<br><br>v.<br><br>**SUNSHINE CONSULTATION SERVICES LLC**, a Florida limited liability company d/b/a **SPECIALIZED CONSUMER STRATEGIES, LISA J. PALMER** a/k/a **LISA PALMER**, and **LANCE L PALMER** a/k/a **LANCE PALMER,**<br><br>Defendants. | EP-21-CV-0214-FM |

### PLAINTIFF'S EXHIBIT LIST

Comes now Plaintiff, BRANDON CALLIER, and for his Exhibit List respectfully shows the Court as follows:

### PLAINTIFF'S EXHIBIT LIST

1. **Plaintiff's redacted phone records;**

2. **Recordings of calls in question;**

3. **SCS contract sent to Plaintiff by Defendants' agent;**

4. **Email from Defendant Lisa Palmer;**

5. **Texas Solicitor's Search.**

Dated November 18, 2022,

Respectfully Submitted,

*Brandon Callier*

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail
El Paso, TX 79912
915-383-4604
Callier74@gmail.com

# Certificate of Service

    I, Brandon Callier, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted electronically, in a text searchable and editable format to Defendant at:

bsmith@smithdallaslaw.com

Additionally, a true and accurate copy was served on Defendant via USPS, first class, postage prepaid mail, at

Brandon Michael Smith
Smith & Smith Law Group, PLLC
2838 Market Loop, Suite 100
Southlake, TX 76092

*Brandon Callier*

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail
El Paso, TX 79912
915-383-4604
Callier74@gmail.com